NEWMEYER & DILLION LLP
JAMES S. HULTZ, CBN 217623
James.Hultz@ndlf.com
C. KENDIE SCHLECHT, CBN 190978
Kendie.Schlecht@ndlf.com
GARY A. BARRERA, CBN 244073
Gary.Barrera@ndlf.com
895 Dove Street, 5th Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiffs
KAUFMAN & BROAD MONTEREY BAY,
a California corporation; and KB HOME
SOUTH BAY, INC., a California
corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| KAUFMAN & BROAD MONTEREY BAY, a California corporation; KB HOME SOUTH BAY, INC., a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.:     5:10-cv-02856-**EJD** <br> JUDGE:     Edward J. Davila <br> COURTROOM: 1 <br> **MAGISTRATE JUDGE: HOWARD R. LLOYD** <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER RE SUMMARY JUDGMENT MOTION BRIEFING SCHEDULE** <br><br> **[F.R.C.P. 56; Civil L.R. 7-2, 7-3, and 56-1]** <br><br> State Court Action Filed: May 27, 2010 <br> Removed to USDC Northern District: June 28, 2010 |

Plaintiffs Kaufman & Broad Monterey Bay and KB Home South Bay, Inc. (collectively "KB Home") and Defendant Travelers Property Casualty Company of America ("Travelers"), by their respective undersigned attorneys, hereby stipulate and agree to the following:

2684241.1

STIP. AND PROPOSED ORDER RE SJM
BRIEFING SCHEDULE

NEWMEYER & DILLION LLP

1   WHEREAS, on April 20, 2011, the Honorable Lucy H. Koh issued a Minute

2   Order and Case Management Order which, among other things, set a hearing for the

3   parties' respective motions for summary judgment and/or partial summary

4   judgment on August 4, 2011, along with a specified briefing schedule which

5   requires opening briefs to be filed by May 23, 2011;

6   WHEREAS, on April 25, 2011, the Court issued a Reassignment Order

7   reassigning this matter to the Honorable Edward J. Davila for all further

8   proceedings;

9   WHEREAS, the August 4, 2011 hearing date for the parties' respective

10  motions for summary judgment and/or partial summary judgment has been vacated;

11  WHEREAS, KB Home has obtained the first available hearing date of

12  September 30, 2011 for its motion for summary judgment and/or partial summary

13  judgment;

14  WHEREAS, Travelers has obtained the first available hearing date of

15  November 18, 2011 for its motion for summary judgment and/or partial summary

16  judgment;

17  WHEREAS, Travelers has inquired of the Court to have its motion heard

18  concurrently with KB Home's motion on September 30, 2011;

19  WHEREAS, the parties jointly request that they be allowed to file their

20  opening briefs, oppositions, and reply briefs in accordance with the time

21  requirements of Civil Local Rules 7-2, 7-3, and 56-1.

22  NOW THEREFORE, in consideration of the foregoing and the promises

23  exchanged herein, the parties agree and stipulate as follows:

24  1.   The parties shall file the opening briefs, oppositions, and reply briefs

25  for their respective motions for summary judgment and/or partial summary

26  judgment in accordance with the notice and time requirements of Civil Local Rules

27  7-2, 7-3, and 56-1.

28  ///
    2684241.1                          - 2 -                     STIP. AND PROPOSED ORDER RE SJM
                                                                        BRIEFING SCHEDULE

2.    This Stipulation may be executed in counterparts, by facsimile signature, each of which shall together be construed as a single original document, and which may be used in lieu of the original for all purposes.

IT IS SO STIPULATED.

DATED:  May 19, 2011            BOHM, MATSEN, KEGEL & AGUILERA
                               LLP


                               By:    /A. Eric Aguilera/
                                      A. ERIC AGUILERA
                                      Attorneys for Defendant TRAVELERS
                                      PROPERTY CASUALTY COMPANY
                                      OF AMERICA

DATED:  May 19, 2011            NEWMEYER & DILLION LLP


                               By:    /C. Kendie Schlecht/
                                      JAMES S. HULTZ
                                      C. KENDIE SCHLECHT
                                      Attorneys for Plaintiffs KAUFMAN &
                                      BROAD MONTEREY BAY, a California
                                      corporation; and KB HOME SOUTH
                                      BAY, INC., a California corporation


**IT IS SO ORDERED:**


DATED:    May 20, 2011

                               Judge of the United States District
                               Court for the Northern District of
                               California

2684241.1                         - 3 -          STIP. AND PROPOSED ORDER RE SJM
                                                            BRIEFING SCHEDULE