**\*E-FILED 07-11-2011\***

**BOHM, MATSEN, KEGEL & AGUILERA, LLP**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
T: 714-384-6500
F: 714-384-6501
eaguilera@bmkalaw.com
kmyron@bmkalaw.com

**COLE, LETHER, WATHEN, LEID & HALL, P.C**.
Thomas Lether, Esq. *Pro Hac Vice*
1000 Second Avenue
Suite 1300
Seattle, WA 98104-1802
T: (206) 622-0494
tlether@clwl.net

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAUFMAN & BROAD MONTEREY BAY, a California corporation; KB HOME SOUTH BAY, INC., a California corporation,<br><br>Plaintiffs,<br><br>     v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.:       5:10-cv-02856-EJD<br>Hon. Judge:      Edward J. Davilla<br>Courtroom:       1<br>Magistrate Judge: Howard R. Lloyd<br><br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER IN RE SUPPLEMENTAL RESPONSES TO DISCOVERY FOLLOWING MEET AND CONFER**<br><br>**[Re:  Docket No. 85]** |

WHEREAS Kaufman & Broad Monterey Bay and KB Home South Bay, Inc. (collectively "KB Home") propounded certain discovery to Travelers Property Casualty Company of America ("Travelers") regarding (1) the claims history of its named insured, Norcraft Companies, (2) the additional insured claims history under the policies issued to Norcraft Companies, and (3)

information with respect to the status of the remaining limits under certain of those policies issued to Norcraft Companies that are potentially implicated in the underlying construction defect action entitled *Aldrich, et al. v. KB Home, et al.* and related cross-complaint, in the Monterey County Superior Court, Case Number M 94490 (the "Aldrich Action"), some of which became the subject of dispute between KB Home and Travelers. Such disputed discovery consisted of the following:

1. Interrogatories (Set 2), numbers 9-25 as propounded by KB Home South Bay, Inc.;
2. Interrogatories (Set 2), numbers 20-25 as propounded by Kaufman & Broad Monterey Bay;
3. Request for Production (Set 2), numbers 69, 70, 71, and 72, as propounded by KB Home;
4. Requests for Admission (Set 3), numbers 15-19 as propounded by KB Home South Bay, Inc.

WHEREAS Travelers initially responded to the aforementioned discovery on May 27, 2011.

WHEREAS KB Home filed Motions to Compel Further Responses ("KB Home Motions") [Dkts. 71 through 74];

WHEREAS this Court, by Order dated June 6, 2011, vacated the aforementioned Motions and issued directives to comply with the Standing Order re Civil Discovery Disputes [Dkt. 75];

WHEREAS, the Parties agreed to resolve the discovery dispute as set forth in the "Discovery Dispute Joint Report #1" [Dkt. 79];

WHEREAS in anticipation of the service of the supplemental responses Travelers has requested that that the information it provides not be shared with, disseminated to, or otherwise circulated to any counsel and/or party in any of the matters identified in the supplemental responses and KB Home has agreed to the Travelers' request.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, through their undersigned counsel, that neither KB Home nor its counsel in this action shall share, disseminate, or otherwise circulate the information set forth in the supplemental responses with any party or attorney involved in any of the matters identified in Travelers' supplemental responses. Notwithstanding the above, this Stipulation and [Proposed] Order shall not

1 preclude or limit the parties' use of the information referenced herein for trial, post-trial or appellate
2 proceedings in connection with this matter.  Further, such information may be used for trial
3 preparation purposes by and between counsel and KB Home South Bay, Inc. and/or Kaufman &
4 Broad Monterey Bay only.

5      IT IS SO STIPULATED.

6 DATED:  June 30, 2011        BOHM, MATSEN, KEGEL & AGUILERA LLP

8      By:    /A. Eric Aguilera/
9      A. ERIC AGUILERA
     KARI M. MYRON
10      Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

13 DATED:  June 30, 2011        NEWMEYER & DILLION LLP

16      By:    /C. Kendie Schlecht/
     JAMES S. HULTZ
     C. KENDIE SCHLECHT
     Attorneys for Plaintiffs KAUFMAN & BROAD MONTEREY BAY, a California corporation; and KB HOME SOUTH BAY, INC., a California corporation

22      ~~[PROPOSED]~~ ORDER

23      IT IS SO ORDERED.

25 DATED: __July 11, 2011__     _____
     Magistrate Judge of the United States District Court for the Northern District of California

27      Howard R. Lloyd