**BOHM, MATSEN, KEGEL & AGUILERA, LLP**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
T: 714-384-6500
F: 714-384-6501
eaguilera@bmkalaw.com
kmyron@bmkalaw.com

**LETHER & ASSOCIATES, PLLC**
Thomas Lether, Esq., *Pro Hac Vice*
3316 Fuhrman Ave E
Suite 250
Seattle, WA  98102-3800
T: 206-467-5444
tlether@letherlaw.com

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAUFMAN & BROAD MONTEREY BAY, a California corporation; KB HOME SOUTH BAY, INC., a California corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO.:  5:10-cv-02856-EJD<br>Hon. Judge:  Edward J. Davilla<br>Courtroom:  1<br><br>**STIPULATION AND [PROPOSED] ORDER RE MOTION TO STRIKE BRIEFING SCHEDULE**<br><br>*Date Complaint Filed: May 27, 2010*<br><br>**Date of Hearing: January 13, 2012**<br>**Time:**  9:00 a.m.<br>**Dept:**  Crtm 1, 5th Floor |

   Plaintiffs Kaufman & Broad Monterey Bay and KB Home South Bay, Inc. (collectively "KB Home") and Defendant Travelers Property Casualty Company of America ("Travelers"), by their respective undersigned attorneys, hereby stipulate and agree to the following:

1    WHEREAS, on September 30, 2011, Plaintiffs filed a Notice of Motion and Motion to
2 Strike Portions of Amended Answer, which contained a hearing date of November 4, 2011;
3    WHEREAS, on September 30, 2011, the Court ordered the following briefing schedule:
4 Responses to be filed by October 14, 2011 and Replies to be filed by October 21, 2011;
5    WHEREAS, on October 5, 2011, the Clerk issued a Notice Continuing the Hearing on
6 Plaintiffs' Notice of Motion and Motion to Strike Portions of Amended Answer to January 13,
7 2012;
8    WHEREAS, the Court has calendared a Case Management Conference for October 28,
9 2011;
10    WHEREAS, the parties' Motions for Summary Judgment and Partial Summary Judgment
11 are presently under submission to the Court;
12    WHEREAS, the parties jointly request that they be allowed to file Responses to the Motion
13 to Strike and any Replies thereto closer in time to the new hearing date in accordance with the
14 provisions of Civil Local Rules 7-7 as follows:  any Responses to Plaintiffs' Motion to Strike
15 Portions of Amended Answer to be filed no later than December 23, 2011 and any Replies thereto to
16 be filed no later than December 30, 2011.
17    NOW THEREFORE, in consideration of the foregoing and the premises exchanged herein,
18 the parties agree and stipulate as follows:
19    1.   Responses to Plaintiffs' Motion to Strike Portions of Amended Answer shall be filed
20         no later than December 23, 2011; and
21    2.   Replies to Responses to Plaintiffs' Motion to Strike Portions of Amended Answer
22         shall be filed no later than December 30, 2011.
23    3.   This Stipulation may be executed in counterparts, by facsimile signature, each of
24         which shall together be construed as a single document, and which may be used in
25         lieu of the original for all purposes.
26 ///
27 ///
28 ///

  IT IS SO STIPULATED.

DATED: October 11, 2011   BOHM, MATSEN, KEGEL & AGUILERA LLP

           By:  /s/: *A. Eric Aguilera*
              A. ERIC AGUILERA
              Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

DATED: October 11, 2011   NEWMEYER & DILLION LLP

           By:  /C. Kendie Schlecht/
              JAMES S. HULTZ
              C. KENDIE SCHLECHT
              Attorneys for Plaintiffs KAUFMAN & BROAD MONTEREY BAY, a California corporation; and KB HOME SOUTH BAY, INC., a California corporation

**IT IS SO ORDERED:**

DATED:  October 12, 2011       _____
                Judge of the United States District Court for the Northern District of California