1

2

3

4

5

6

7

8

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAUFMAN & BROAD MONTEREY BAY, ET AL., | Case No.: 5:10-CV-02856 EJD |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR CASE MANAGEMENT STATEMENT** |
| v. | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | **(Re: Docket No. 142)** |
| Defendant. | |

On October 21, 2011, Plaintiffs Kaufman & Broad Monterey Bay and KB Home South

Bay, Inc. (collectively "KB Home") and Defendant Travelers Property Casualty Company of

America submitted a Joint Case Management Conference Statement. Also, on October 21, 2011,

KB Home filed a second, separate Case Management Conference Statement.  Neither of these

statements includes a proposed schedule for the case as it progresses.  Accordingly,

IT IS HEREBY ORDERED that the parties shall file an Updated Joint Case Management

Statement no later than October 28, 2011.  This statement shall include a proposed schedule

including deadlines for conducting any further discovery.

1

Case No.: 5:10-CV-02856 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE
FOR CASE MANAGEMENT STATEMENT

1        IT IS FURTHER ORDERED that the case management conference scheduled for October

2   28, 2011 is continued to November 4, 2011.

3   Dated:   Qevqdgt"47."4233

4                                       _____

5                                       EDWARD J. DAVILA
                                        United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              2
Case No.: 5:10-CV-02856 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE
FOR CASE MANAGEMENT STATEMENT

**United States District Court**
For the Northern District of California