1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10                                   SAN JOSE DIVISION

11

12   KAUFMAN, ET AL.,                              Case No. 5:10-02856 EJD

13                 Plaintiffs,                      **CASE MANAGEMENT ORDER**

14         v.

15   TRAVLERS PROPERTY CASUALTY
     COMPANY OF AMERICA,
16
                   Defendant.
17   _____/

18         On November 4, 2011, the parties appeared before Judge Edward J. Davila for a case

19   management conference.  Based on the parties' Joint Case Management Statement and the

20   discussions held at the conference,

21         IT IS HEREBY ORDERED that the parties have leave of court to conduct discovery related

22   to the "New Claims" as that term is defined in the Joint Case Management Statement. ECF No. 145

23   at  9:20-28. Discovery is permitted as follows.

24   •     Each party is granted leave to propound an additional 25 interrogatories in connection with

25         the New Claims.

26   •     Each side is granted leave to take new 10 fact witness depositions in connection with the

27         New Claims.

28
                                                    1
     Case No. 5:10-02856 EJD
     CASE MANAGEMENT ORDER

- To the extent any party requires the deposition testimony of a witness who has already been deposed in the case to provide testimony regarding the New Claims, leave is granted. Furthermore, the time previously utilized in deposition of a previously called witness counts toward the 7-hour maximum. KB Homes, however, is permitted an additional 4 hours to depose Patricia Dlugokenski.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Depositions of Rebuttal Experts | December 20, 2011 |
| Mutual Expert Designation Regarding the Counterclaim | February 15, 2012 |
| Rebuttal Expert Designation Regarding the Counterclaim | March 15, 2012 |
| Fact and Expert Discovery Cutoff | May 1, 2012 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | June 1, 2012 |
| Preliminary Pretrial Conference | July 6, 2012 |
| Joint Preliminary Pretrial Conference Statement | June 26, 2012 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re Pretrial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated:  December 12, 2011

EDWARD J. DAVILA
United States District Judge

---

[1]     This is the last date for *filing* dispositive motions.  The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2]     A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial Preparation."

2