**BOHM, MATSEN, KEGEL & AGUILERA, LLP**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
T: 714-384-6500
F: 714-384-6501
eaguilera@bmkalaw.com
kmyron@bmkalaw.com

**LETHER & ASSOCIATES, PLLC**
Thomas Lether, Esq., *Pro Hac Vice*
3316 Fuhrman Ave E
Suite 250
Seattle, WA 98102-3800
T: 206-467-5444
tlether@letherlaw.com

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KAUFMAN & BROAD MONTEREY BAY, a California corporation; KB HOME SOUTH BAY, INC., a California corporation,

Plaintiffs,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and DOES 1 through 100, inclusive,

Defendants.

AND RELATED CROSS-CLAIMS.

CASE NO.: 5:10-cv-02856-EJD
Hon. Judge: Edward J. Davilla
Courtroom: 4

**DEFENDANT/COUNTER-CLAIMANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT IN RE REASONABLENESS OF TRAVELERS' COVERAGE DETERMINATION IN LIGHT OF KB HOME'S POSITION TAKEN IN THE SB800 PROCEEDING; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

[Declarations of Patricia E. Dlugokenski, Richard J. Carrillo and Jason Y. Chao filed concurrently herewith]
Date: September 14, 2012
Time: 9:00 a.m.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on Friday, September 14, 2012, at 9:00 A.M., in Courtroom 4 of the United States District Court, Northern District of California, located at 280 South 1st Street, in San Jose, Plaintiff and Counter-Claimant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") will and hereby does move this Court for partial summary judgment pursuant to Rule 56 of the *Federal Rules of Civil Procedure* regarding the reasonableness of Travelers' coverage determination given KB Home's position taken in the SB800 proceeding.

The grounds for this Motion are as follows: Travelers' withdrawal of its defense of KB Home in the Aldrich Action given the absence of allegations of covered property damages arising out of the work of its named insured is consistent with KB Home's challenges to the Notice of Claims in the SB800 proceeding, thus supporting a finding of the existence of a genuine dispute as to any coverage available to KB Home under the Travelers' policy, and thus precluding a finding of bad faith by Travelers.

The Motion will be based upon this Notice, the attached Memorandum of Points and Authorities, the complete court file in this action, those matters sought to be introduced by way of judicial notice, the declarations of Patricia E. Dlugokenski, Richard J. Carrillo and Jason Y. Chao, and all exhibits attached thereto, and upon such other oral and documentary evidence as the Court may consider on this Motion.

Dated: June 1, 2012 **BOHM, MATSEN, KEGEL & AGUILERA, LLP**

By: *\/s A. Eric Aguilera*
A. Eric Aguilera
Kari M. Myron
Attorneys for Defendant/Counter-Claimant,
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA