**BOHM, MATSEN, KEGEL & AGUILERA, LLP**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
T: 714-384-6500
F: 714-384-6501
eaguilera@bmkalaw.com
kmyron@bmkalaw.com

**LETHER & ASSOCIATES, PLLC**
Thomas Lether, Esq., *Pro Hac Vice*
3316 Fuhrman Ave E
Suite 250
Seattle, WA 98102-3800
T: 206-467-5444
tlether@letherlaw.com

Attorneys for Defendant/Counter-claimant
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAUFMAN & BROAD MONTEREY BAY, a California corporation; KB HOME SOUTH BAY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS. | CASE NO.: 5:10-cv-02856-EJD<br>Hon. Judge: Edward J. Davilla<br>Courtroom: 4<br><br>**DEFENDANT/COUNTER-CLAIMANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT RE *ARMSTRONG* ELECTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>[Declarations of Patricia E. Dlugokenski, Richard J. Carrillo and Jason Y. Chao filed concurrently herewith]<br><br>Date: September 14, 2012<br>Time: 9:00 a.m. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on Friday, September 14, 2012, at 9:00 A.M., in Courtroom 4 of the United States District Court, Northern District of California, located at 280 South 1st Street, in San Jose, Plaintiff and Counter-Claimant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") will and hereby does move this Court for partial summary judgment pursuant to Rule 56 of the *Federal Rules of Civil Procedure* regarding the regarding Travelers' duty to defend and indemnify Kaufman and Broad Monterey Bay and KB Home South Bay (hereinafter collectively, "KB Home") or lack thereof based upon KB Home's violation of its duty of cooperation as set forth in the policies of insurance issued to the Norcraft Companies, Inc.

The grounds for this Motion are as follows: KB Home's so-called "*Armstrong* Election" to Travelers is tantamount to a breach its duty of cooperation under the Norcraft policies in that (a) a party cannot make an "*Armstrong* Election" to an additional insured carrier; (b) by making such an election KB Home has refused to seek or accept a defense from its other carriers, in breach of the duty of cooperation under the Travelers' policy; and (c) KB Home's breach of its duties owing to Travelers under the policies of insurance excuses Travelers from its duties owing to KB Home.

The Motion will be based upon this Notice, the attached Memorandum of Points and Authorities, the complete court file in this action, those matters sought to be introduced by way of judicial notice, the declarations of Patricia E. Dlugokenski, Richard J. Carrillo and Jason Y. Chao, and all exhibits attached thereto, and upon such other oral and documentary evidence as the Court may consider on this Motion.

Dated: June 1, 2012 **BOHM, MATSEN, KEGEL & AGUILERA, LLP**

By: /s A. Eric Aguilera
A. Eric Aguilera
Kari M. Myron
Attorneys for Defendant/Counter-Claimant,
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA