**BOHM, MATSEN, KEGEL & AGUILERA, LLP**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
T: 714-384-6500
F: 714-384-6501
eaguilera@bmkalaw.com
kmyron@bmkalaw.com

**LETHER & ASSOCIATES, PLLC**
Thomas Lether, Esq., *Pro Hac Vice*
3316 Fuhrman Ave E
Suite 250
Seattle, WA 98102-3800
T: 206-467-5444
tlether@letherlaw.com

Attorneys for Defendant/Counter-Claimant
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KAUFMAN & BROAD MONTEREY BAY, a California corporation; KB HOME SOUTH BAY, INC., a California corporation,

Plaintiffs,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and DOES 1 through 100, inclusive,

Defendants.

AND RELATED CROSS-CLAIMS.

CASE NO.: 5:10-cv-02856-EJD
Hon. Judge: Edward J. Davilla
Courtroom: 4

**DEFENDANT/COUNTER-CLAIMANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO KB HOME'S EIGHTH, NINTH, FOURTEENTH AND NINETEENTH AFFIRMATIVE DEFENSES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

[Declarations of Patricia E. Dlugokenski, Richard J. Carrillo and Jason Y. Chao filed concurrently herewith]

Date: September 14, 2012
Time: 9 a.m.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on Friday, September 14, 2012, at 9:00 A.M., in Courtroom 4 of the United States District Court, Northern District of California, located at 280 South 1st Street, in San Jose, Plaintiff and Counter-Claimant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") will and hereby does move this Court for summary judgment or, in the alternative, partial summary judgment pursuant to Rule 56 of the *Federal Rules of Civil Procedure* regarding Travelers' duty to defend and indemnify Kaufman and Broad Monterey Bay and KB Home South Bay (hereinafter collectively, "KB Home") and KB Home's claim for bad faith in its complaint filed in the Superior Court of California- Monterey County on May 27, 2010 and removed herein by Travelers.

The grounds for this Motion are as follows:

1) KB Home cannot establish that Traveler breached the Norcraft policies in that (a) KB Home breached the Norcraft Policies by refusing to accept Travelers' appointed counsel; (b) Travelers never breached the Norcraft Policies as a duty to defend was not triggered at the time Travelers withdrew coverage; and (c) KB Home cannot establish a claim for breach of contract because it has not suffered any damage.

2) KB Home's cannot establish that Travelers breached the implied covenant of good faith and fair dealing in that (a) Travelers cannot be held liable for bad faith where it did not breach the Norcraft policies; (b) Travelers never withheld any benefits due under the Norcraft Policies; and (c) Travelers did not withhold benefits unreasonably or without Proper cause because any delay in payment was based upon the existence of a genuine dispute with regard to coverage.

The Motion will be based upon this Notice, the attached Memorandum of Points and Authorities, the complete court file in this action, matters upon which this Court may take judicial notice, the declarations of Patricia E. Dlugokenski, Richard J. Carrillo and Jason Y. Chao, and all exhibits attached thereto, and upon such other oral and documentary evidence as the Court may consider on this Motion.

Dated: June 1, 2012

BOHM, MATSEN, KEGEL & AGUILERA, LLP

By: */s A. Eric Aguilera*
A. Eric Aguilera
Kari M. Myron
Attorneys for Defendant/Counter-Claimant,
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA