**BOHM, MATSEN, KEGEL & AGUILERA, LLP**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
T: 714-384-6500
F: 714-384-6501
eaguilera@bmkalaw.com
kmyron@bmkalaw.com

**LETHER & ASSOCIATES, PLLC**
Thomas Lether, Esq., *Pro Hac Vice*
3316 Fuhrman Ave E
Suite 250
Seattle, WA 98102-3800
T: 206-467-5444
tlether@letherlaw.com

Attorneys for Defendant/Counter-Claimant,
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAUFMAN & BROAD MONTEREY BAY, a California corporation; KB HOME SOUTH BAY, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS. | CASE NO.: 5:10-cv-02856-EJD<br>Hon. Judge: Edward J. Davilla<br>Courtroom: 4<br><br>**DEFENDANT/COUNTER-CLAIMANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT RE *BRANDT* FEES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>[Declarations of Patricia E. Dlugokenski, Richard J. Carrillo and Jason Y. Chao filed concurrently herewith]<br><br>Date: September 14, 2012<br>Time: 9 a.m. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on Friday, September 14, 2012, at 9:00 A.M., in Courtroom 4 of the United States District Court, Northern District of California, located at 280 South 1st Street, in San Jose, Defendant and Counter-Claimant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") will and hereby does move this Court for partial summary judgment pursuant to Rule 56 of the *Federal Rules of Civil Procedure* regarding KB Home's entitlement to *Brandt* Fees in the absence of bad faith.

The grounds for this Motion are as follows:

1) KB Home is not entitled to *Brandt* fees absent evidence of bad faith by Travelers.

2) KB Home cannot establish its bad faith claim against Travelers in that (a) Travelers has never withheld benefits due under the policy; (b) Travelers did not breach the terms of the policy by withdrawing coverage in the absence of a duty to defend being triggered; and (c) Travelers' action in delaying payment was based upon the existence of a genuine dispute regarding coverage.

3) KB Home cannot establish any damage as a result of Travelers' withdrawal of coverage given the acceptance of its defense by another insurer. Alternatively, if KB Home is entitled to recover any *Brandt* fees, such recovery is limited to those fees and costs incurred through December 17, 2010, subject to limitations of reasonableness and necessariness.

///

///

///

///

///

///

///

///

The Motion will be based upon this Notice, the attached Memorandum of Points and Authorities, the complete court file in this action, matters upon which this Court may take judicial notice, the declarations of Patricia E. Dlugokenski, Richard J. Carrillo and Jason Y. Chao, and all exhibits attached thereto, and upon such other oral and documentary evidence as the Court may consider on this Motion.

Dated: June 1, 2012

**BOHM, MATSEN, KEGEL & AGUILERA, LLP**

By: *_/s A. Eric Aguilera_*

A. Eric Aguilera
Kari M. Myron
Attorneys for Defendant/Counter-Claimant
TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA