IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KAUFMAN & BROAD MONTEREY BAY, a California corporation; KB HOME SOUTH BA, INC., a California corporation,<br><br>Plaintiffs,<br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 5:CV 10-02856-EJD<br><br>**PRETRIAL ORDER (JURY TRIAL)** |
|---|---|

The above-entitled action is scheduled for a Preliminary Pretrial Conference on August 31, 2012. Based on the parties' Joint Preliminary Pretrial Conference Statement (see Docket Item No. 236), the court has determined an appearance is unnecessary at this time. Accordingly, the Preliminary Pretrial Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | January 4, 2013 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms, and Oppositions to Motions *in Limine* | January 8, 2013 |

| Final Pretrial Conference | 11:00 a.m. on January 18, 2013 |
|---|---|
| Deposition and Discovery Designations | February 12, 2013 |
| Trial Briefs (optional), submission of Trial Exhibits | February 19, 2013 |
| Jury Selection | 9:00 a.m. on February 25, 2013 |
| Jury Trial[1] | 2/26-2/27/13 (full days), 2/28/13 (1/2 day), 3/5-3/6/13 (full days), 3/7/13 (1/2 day) |
| Jury Deliberations | March 8, 2013 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated: August 27, 2012



EDWARD J. DAVILA
United States District Judge

---

[1] Jury trials are held in full day sessions on Tuesdays and Wednesdays, and morning sessions on Thursdays (9:00 a.m.–12:00 p.m.), unless the Court otherwise specifies. At the Final Pretrial Conference, the Court reserves the right to add morning sessions on Mondays (9:00 a.m.–12:00 p.m.), thus creating extra half-days for trial. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial Preparation."

2
CASE NO. 5:CV 10-02856-EJD
PRETRIAL ORDER (JURY TRIAL)