NEWMEYER & DILLION LLP
JAMES S. HULTZ, CBN 217623
James.Hultz@ndlf.com
BONNIE T. ROADARMEL, CBN 205275
Bonnie.Roadarmel@ndlf.com
C. KENDIE SCHLECHT, CBN 190978
Kendie.Schlecht@ndlf.com
895 Dove Street, 5th Floor
Newport Beach, California  92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiffs and Counter-Defendants
KAUFMAN & BROAD MONTEREY BAY, a
California corporation; and KB HOME SOUTH
BAY, INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| KAUFMAN & BROAD MONTEREY BAY, a California corporation; KB HOME SOUTH BAY, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.:      5:10-cv-02856-EJD<br>JUDGE:          Edward J. Davila<br>COURTROOM: 4<br>MAGISTRATE JUDGE:  Howard R. Lloyd<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE, PRE-TRIAL DATES, AND ALL HEARINGS PENDING FURTHER MANDATORY SETTLEMENT CONFERENCE**<br><br>**[Civil L.R. 7-1(a)(5), 7-12, and 40-1]** |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and DOES 1 through 100, inclusive,<br><br>Counter-Claimant,<br><br>vs.<br><br>KAUFMAN & BROAD MONTEREY BAY, a California corporation; KB HOME SOUTH BAY, INC., a California corporation,<br><br>Counter-Defendants. | State Court Action Filed:  May 27, 2010<br>Removed to USDC Northern Dist.: June 28, 2010<br><br>Trial Date:  February 26, 2013<br>Final Pretrial Conference:  January 18, 2013 |

NEWMEYER & DILLION LLP

3411493.2

1      Plaintiffs and Counter-Defendants Kaufman & Broad Monterey Bay and KB Home South

2    Bay, Inc. (collectively "KB Home") and Defendant and Counterclaimant Travelers Property

3    Casualty Company of America ("Travelers"), by their respective undersigned attorneys, hereby

4    stipulate and agree to the following:

5      WHEREAS, on September 5, 2012, the parties attended an all-day Mandatory Settlement

6    Conference before Magistrate Judge Paul S. Grewal where the parties made significant progress

7    toward settlement;

8      WHEREAS, the parties initially scheduled a further Mandatory Settlement Conference

9    with Magistrate Judge Grewal on October 24, 2012, but Magistrate Judge Grewal required that

10   the Mandatory Settlement Conference be continued until November 21, 2012 or later;

11      WHEREAS, Travelers is not available on November 21, 2012, and Judge Grewal has

12   offered alternate dates of December 17 or December 19, 2012;

13      WHEREAS, the parties are working diligently to schedule a further Mandatory Settlement

14   Conference and will proceed to attempt to settle this matter at the further Mandatory Settlement

15   conference if the  Court is amenable to a brief continuance of approximately ninety (90) days of

16   the trial, related pre-trial dates, and pending hearing dates;

17      WHEREAS, the parties request the continuances to: (1) avoid incurring unnecessary fees

18   and costs and Court time on motion work and trial preparation in advance of a potential

19   settlement; and (2) to avoid undertaking activities that might alter the status quo and thereby

20   undermine settlement negotiations;

21      WHEREAS, the Court issued the Pretrial Order (Docket No. 237) setting the trial date and

22   other pretrial dates;

23      WHEREAS, on June 1, 2012, Travelers filed the following four motions for partial

24   summary judgment re: (1) Reasonableness of Travelers' Coverage Determination in Light of KB

25   Home's Position Taken in the SB800 Proceedings; (2) Armstrong Election; (3) KB Home's

26   Eighth, Ninth, Fourteenth, and Nineteenth Affirmative Defenses; and (4) Brandt Fees

27   (collectively "Partial Summary Judgment Motions") (Docket Nos. 169, 174, 178, and 182,

28   respectively);

NEWMEYER & DILLION LLP

1    WHEREAS, the hearing on the Partial Summary Judgment Motions is scheduled for

2    October 26, 2012;

3    WHEREAS, on July 23, 2012, KB Home filed its Motion for Leave to File Supplemental

4    Expert Report of Charles M. Miller ("Miller Motion") (Docket No. 221);

5    WHEREAS, the Miller Motion is fully briefed and the hearing is scheduled for October

6    26, 2012;

7    WHEREAS, the parties respectfully request that all dates set forth in the Pretrial Order,

8    including the trial date, be continued approximately ninety (90) days to allow the parties

9    additional time to pursue settlement during the further Mandatory Settlement Conference;

10   WHEREAS, the parties respectfully request that the hearing date on the Partial Summary

11   Judgment Motions and the hearing date on the Miller Motion be continued approximately ninety

12   (90) days to allow the parties additional time to pursue settlement during the further Mandatory

13   Settlement Conference;

14   WHEREAS, the parties respectfully request that any dates not specifically continued

15   herein be governed by pretrial deadlines set forth in the Federal Rules of Civil Procedure and the

16   Northern District Local Rules, and calculated from any newly set trial date and final pretrial

17   conference date, where applicable;

18   NOW THEREFORE, in consideration of the foregoing and the promises exchanged

19   herein, the parties agree and stipulate as follows, upon approval of the Court:

20   1.    The hearing on Travelers' Partial Summary Judgment Motions shall be continued

21   approximately ninety (90) days or to the Court's next available hearing date thereafter;

22   2.    The hearing on KB Home's Miller Motion shall be continued approximately

23   ninety (90) days or to the Court's next available hearing date thereafter;

24   3.    The dates set forth in the Court's Pretrial Order, including the trial date, shall be

25   continued approximately ninety (90) days or to the Court's next available dates thereafter;

26   4.    Any dates not specifically continued herein shall be governed by pretrial deadlines

27   set forth in the Federal Rules of Civil Procedure and the Northern District Local Rules, and

28   calculated from the newly set trial date and final pretrial conference date, where applicable; and

NEWMEYER & DILLION LLP

3411493.2                                    - 3 -          STIP AND [PROP.] ORDER CONTINUING
                                                            TRIAL DATE AND RELATED DATES
                                                            CASE NO. 5:10-CV-02856-EJD

NEWMEYER & DILLION LLP

1     5.     This Stipulation may be executed in counterparts, by facsimile signature, each of

2   which shall together be construed as a single original document, and which may be used in lieu of

3   the original for all purposes.

4     IT IS SO STIPULATED.

5

6   Dated:  October 17, 2012            BOHM, MATSEN, KEGEL & AGUILERA LLP

7

8                               By:  */s/ A. Eric Aguilera*

9                                  A. Eric Aguilera

10                               Attorneys for Defendant/Counterclaimant
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

11  Dated:  October 17, 2012            LETHER & ASSOCIATES, PLLC

12

13                                 By:  */s/ Thomas Lether*

14                                  Thomas Lether, *Pro Hac Vice*
Attorneys for Defendant/Counterclaimant

15                                 TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

16

17  Dated:  October 17, 2012            NEWMEYER & DILLION LLP

18

19                               By:  */s/ C. Kendie Schlecht*

20                                 C. Kendie Schlecht
Attorneys for Plaintiffs and Counter-
Defendants KAUFMAN & BROAD

21                                 MONTEREY BAY, a California
corporation; and KB HOME SOUTH BAY,

22                         **ORDER**

The stipulation is GRANTED as follows:

23  1.    The motion hearings on Docket Item Nos. 169, 174, 178 and 182 and 221 are
CONTINUED from October 26, 2012, to **January 11, 2013, at 9:00 a.m.**

24  2.    The Final Pretrial Conference is CONTINUED from January 18, 2013, to

25  **February 22, 2013, at 11:00 a.m.**  All other pretrial deadlines are adjusted
accordingly pursuant to this court's standing order re: pretrial preparation.

26  3.    The trial dates shall remain as currently set.

27  DATED: October 19,  2012

                                      EDWARD J. DAVILA

28                                 United States District Judge