*E-FILED: December 28, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAUFMAN & BROAD MONTEREY BAY, a California corporation; KB HOME SOUTH BAY, INC., a California corporation,<br><br>Plaintiffs,<br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Defendant.<br>_____/<br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Counterclaimant,<br>v.<br><br>KAUFMAN & BROAD MONTEREY BAY, a California corporation; KB HOME SOUTH BAY, INC., a California corporation,<br><br>Counterdefendants.<br>_____/ | No. C10-02856 EJD (HRL)<br><br>**INTERIM ORDER RE PLAINTIFFS' LETTER BRIEF AND DISCOVERY DISPUTE JOINT REPORTS NOS. 3 AND 4** |

On plaintiffs' prior motions to compel, this court ordered defendant Travelers Property Casualty Company of America (Travelers) to provide deposition testimony, produce documents, and answer interrogatories. (Docket No. 70, June 2, 2011 Order). Travelers resisted discovery on the grounds that the information sought was, among other things, irrelevant, private, and protected by the attorney-client privilege and the attorney work product doctrine. For the most

part, this court rejected Travelers' objections, but defendant was given an opportunity to serve an amended privilege log. (Id.).

Travelers has since produced additional documents, as well as a revised privilege log. The parties continue to disagree about the propriety of Travelers' privilege and work product assertions. This court is told that the specific documents in dispute have been described by Travelers as follows:

| Date | Author | Bates Number | Description |
|---|---|---|---|
| 05-05-10 | Deborah Taylor | TRPD-000968-TRPD-000970 [partially redacted] | Liability Property Damage Worksheet |
| 11-25-09 | Deborah Taylor | TRPD-000971-TRPD-000973 [partially redacted] | Liability Property Damage Worksheet |
| 04-25-11 | Deborah Taylor | TRPD-001065-TRPD-001068 [partially redacted] | Liability Property Damage Worksheet |
| 12-02-10 | Deborah Taylor | TRPD-001069-TRPD-001071 [partially redacted] | Liability Property Damage Worksheet |
| 04-03-09 | Travelers | TRPD-001072-TRPD-001117 | Claim Notes Summary/Claim Notes |
| 06-15-11 | Deborah Taylor | None | Claim Notes Summary/Claim Notes |

No later than **January 7, 2013**, Travelers shall lodge with the undersigned's chambers (1) a copy of its coverage position letter issued to Norcraft Companies, Inc.; and (2) unredacted copies of the above-listed documents for an *in camera* review. For those documents that have been produced to plaintiffs in redacted form, Travelers shall clearly indicate (e.g., by highlighting) precisely what information has been redacted.

SO ORDERED.

Dated: December 28, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:10-cv-02856-EJD Notice has been electronically mailed to:

A. Eric Aguilera     eaguilera@aguileragroup.com, krickard@aguileragroup.com, travelers@aguileragroup.com

Bonnie Tara Roadarmel     bonnie.roadarmel@ndlf.com

Caroline Elizabeth Siefert     caroline.siefert@ndlf.com

Chanmaly Kendie Schlecht     kendie.schlecht@ndlf.com

James Stephen Hultz     james.hultz@ndlf.com

Kari Marie Myron     kmyron@aguileragroup.com, krickard@aguileragroup.com, travelers@aguileragroup.com

Raymond Earl Brown     rbrown@aguilergroup.com

Rondi Jan Walsh     rondi.walsh@ndlf.com

Thomas Lether     tlether@letherlaw.com, amccroan@letherlaw.com, eneal@letherlaw.com, kjohansen@letherlaw.com, lhartt@letherlaw.com, shavre@letherlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.