IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAUFMAN & BROAD MONTEREY BAY, et. al.,<br><br>          Plaintiff(s),<br>  v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>          Defendant(s).<br>_____/ | CASE NO. 5:10-cv-02856 EJD<br><br>**ORDER SCHEDULING STATUS CONFERENCE** |

The court schedules this action for a Status Conference on **February 8, 2013, at 10:00 a.m.** Personal appearance by all counsel is required. In addition, a representative from each party with full settlement authority must be personally present. Requests for telephonic appearance at the Status Conference will not be considered.

**IT IS SO ORDERED.**

Dated: February 1, 2013

                                          EDWARD J. DAVILA
                                          United States District Judge