IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAUFMAN & BROAD MONTEREY BAY, et. al., | CASE NO. 5:10-cv-02856 EJD |
| | **ORDER TO SHOW CAUSE RE: SANCTIONS** |
| Plaintiff(s), | |
| v. | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | |
| Defendant(s). | |

On February 7, 2013, this court issued an Order to Show Cause ("OSC") re: Settlement, which required, inter alia, that the parties file a *joint* statement on or before March 22, 2013, setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.  See Docket Item No. 260.  Instead of complying with the requirements of the order as stated, the parties filed separate statements in response to the OSC.  See Docket Item Nos. 261, 262.  Separate statements were not authorized and constitute a violation of the court's order.

Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila on **March 29, 2013, at 10:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including monetary sanctions, on the parties, or any of them, for willful disobedience of a court order.

The parties may request that this Order to Show Cause be vacated and the parties relieved of the obligation to appear if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **4:00 p.m. on March 27, 2013.**

**IT IS SO ORDERED.**

Dated:  March 25, 2013

EDWARD J. DAVILA
United States District Judge

1

United States District Court
For the Northern District of California