**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAUFMAN & BROAD MONTEREY BAY, et. al., | CASE NO. 5:10-cv-02856 EJD |
| Plaintiff(s), | **ORDER RE: ATTENDANCE AT HEARING ON ORDERS TO SHOW CAUSE** |
| v. | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | |
| Defendant(s). | |

The above-entitled action is scheduled for a hearing on two Orders to Show Cause on **March 29, 2013, at 10:00 a.m.** See Docket Item Nos. 260, 263. Unless the hearing is vacated, personal appearance by all counsel is required. In addition, a representative from Plaintiff and a representative from Defendant, separate from the parties' attorneys, with full authority to direct and settle this action shall be personally present. Requests for telephonic appearance at the hearing will not be considered.

**IT IS SO ORDERED.**

Dated: March 25, 2013

_____
EDWARD J. DAVILA
United States District Judge

1